NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LISA DAILY,                                  )
                                             )
            Appellant,                       )
                                             )
v.                                           )        Case No.  2D17-4570
                                             )
THOMAS P. DAILY,                             )
                                             )
            Appellee.                        )
                                             )
_____)

Opinion filed October 17, 2018.

Appeal from the Circuit Court for Sarasota
County; Donna Padar Berlin, Judge.

Lisa Daily, pro se.

Amber Hill of Amber Hill Law, St.
Petersburg, for Appellee.


PER CURIAM.


            Affirmed.



LaROSE, C.J., and KHOUZAM and SLEET, JJ., Concur.